UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CINTAS ACUARIO, INC., a California Corporation, and JENNI RIVERA ENTERPRISES, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BROADACRES MARKETPLACE AND EVENT CENTER, LLC, a Nevada Limited Liability Company; IGNACIO CARRERA, an Individual doing business as Attitude Clothing Shop & Body Jewelry; MIRIAM MOULTON, an individual doing business as Locos T-Shirts,<br><br>    Defendants. | Case No. 2:13-cv-01407-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION, WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Cintas Acuario, Inc. and Jenni Rivera Enterprises, Inc. and Defendants Broadacres Marketplace And Event Center, LLC and Miriam Moulton, by and through their attorneys, hereby stipulate and agree to dismiss this matter in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of December, 2013

KAEMPFER CROWELL

By: /s/ Lisa J. Zastrow
   Lisa J. Zastrow, NBN 9727
   8345 West Sunset Road, Suite 250
   Las Vegas, Nevada 89119

*Attorney for Defendant Broadacres Marketplace And Event Center, LLC*

Dated this 3rd day of December, 2013

LIONEL SAWYER & COLLINS

By: /s/ Samuel S. Lionel
   Samuel S. Lionel, NBN 1766
   Robert Hernquist, NBN 10616
   1700 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

--- AND --

   Gerald B. Weiner (admitted Pro Hac Vice)
   PROBSTEIN WEINER & BUTLER

*Attorneys for Plaintiffs Cintas Acuario, Inc. and Jenni Rivera Enterprises, Inc.*

Dated this 3rd day of December, 2013

BOGGESS & HARKER

By: /s/ Michael J. Harker
   Michael J. Harker, NBN 5353
   5550 Painted Mirage Road, Suite 255
   Las Vegas, Nevada 89149

*Attorney for Defendant Miriam Moulton*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 3, 2013

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
300 SOUTH FOURTH ST..
SUITE 1700
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2